# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146371(319)

DANIEL ADAIR, *et al*.,
        Plaintiffs-Appellants,

v

STATE OF MICHIGAN,
        Defendant-Appellee.

SC: 146371
COA: 230858

_____/

     On order of the Court, the motion for reconsideration of this Court's May 24, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

d1021